**Order entered April 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00815-CV**

**IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**AND GIAP DANG, Relators**

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02214-C**

**ORDER**
Before Justices Osborne, Reichek, and Smith

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for writ of mandamus. We **ORDER** the trial court to vacate its August 20, 2020 order denying relators' motion for separate trials and abatement. We further **ORDER** the trial court to file with this Court **within fifteen (15) days of the date of this order**, a certified copy of its order issued in compliance with this order.

Should the trial court fail to comply with this order, the writ will issue.

/s/    CRAIG SMITH
       JUSTICE